**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>CHANGZHOU DAYA IMPORT & EXPORT CORP., LTD., et al.,<br><br>        Defendants. | Case No. 23-cv-00997<br><br>**Chief Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Heather K. McShain** |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AGAINST ALL REMAINING DEFENDANTS, WITH THE EXCEPTION OF
<u>DEFENDANT YOUCHENMAOYI</u>**

       Plaintiffs Spin Master Ltd. and Spin Master, Inc. (collectively, "Spin Master" or "Plaintiffs"), by their counsel, move this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case.[1], with exception of Defendant youchenmaoyi (Def. No. 156).[2]  In support of this Motion, Plaintiffs submit the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

[2] Plaintiff has concurrently filed a Motion for Entry of a Consent Judgment as to Defendant youchenmaoyi (Def. No. 156).

Dated this 8th day of May 2023.

Respectfully submitted,

/s/ Justin T. Joseph

Amy C. Ziegler
Justin R. Gaudio
Christopher S. Hermanson
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
chermanson@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Christopher S. Hermanson
Justin T. Joseph
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
chermanson@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc*